DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HANS KAISER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3740

[February 27, 2020]

Appeal of order denying rule 3.801 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 18-007050CF10A.

Hans Kaiser, pro se, Defuniak Springs.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***